IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   8:06CR281 |
| | ) |
| JOHN WORKMAN, | )   **SCHEDULING ORDER** |
| | ) |
| Defendant. | ) |

　　　IT IS ORDERED that the following is set for hearing on **April 11, 2007** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

　　　- Motion to Suppress Evidence [12] filed by the defendant.

　　　Since this is a criminal case, the defendant must be present, unless excused by the Court.

　　　DATED this 7th day of March, 2007.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　United States Magistrate Judge