# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR281 |
| | ) | |
| JOHN WORKMAN, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

UPON THE ORAL MOTION OF THE DEFENDANT and no objection from the government,

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress Evidence [12] is continued to **April 26, 2007** at **1:30 p.m.** before Magistrate Judge David L. Piester, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 9th day of April, 2007.

BY THE COURT:

s/ David L. Piester
United States Magistrate Judge